IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| TODD GROOM, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ARMY FLEET SUPPORT LLC, )<br>)<br>    Defendant. ) | CIVIL ACTION NO.<br>1:16cv683-MHT<br>(WO) |

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be denied. Also before the court are defendant's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

Accordingly, it is ORDERED that:

(1) Defendant's objections (doc. no. 57) are overruled.

(2) The recommendation (doc. no. 42) is adopted.

(3) Defendant's motion for summary judgment (doc. no. 31) is denied.

DONE, this the 8th day of May, 2018.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**